DITMARS THEATRE, INC., Respondent, v. GILYON AMUSEMENTS, INC., et al., Appellants.—

Rabin, P. J., Hopkins, Latham, Shapiro and Brennan, JJ., concur.